JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 680 -- In re Epic Mortgage Insurance Coverage Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/12/11 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- The First National Bank of Maryland for transfer of A-1 thru A-5 for pretrial proceedings -- Notified involved counsel -- SUGGESTED TRANSFEREE DISTRICT: E.D. Virginia -- SUGGESTED TRANSFEREE JUDGE: ?  (ds) |
| 85/12/18 | 2 | REQUEST FOR EXTENSION OF TIME -- Maryland Deposit Insurance Fund Corporation, Community, EPIC Mortgage, Inc.-- GRANTED to January 13, 1986 to all parties filining responses -- Notified involved counsel. (rew) |
| 85/12/23 | | APPEARANCE -- Edward C. Winslow III, Esq. for United Guaranty Residential Ins. Co.; Thomas A. Allen, Esq. for U. S. Mortgage Co.; Paul C. Madden, Esq. for Commonwealth Mortgate Assurance Co.; Irving P. Margulies, Esq. For Foremost Guaranty Corp.; Alexander E. Bennett, Esq. for Community Savings & Loan, Inc.; William L. Stauffer, Jr., Esq. for Dominion Federal S&L Assn.; Peter D. Stephan, Esq. for Home Federal S&L Assn of Xenia, Oh. Successor to Unity Loan and Building Co.; Mark D. Gateley, Esq. for Potomac Savings Bank, F.S.B.; George W. Miller, Esq. for South Boston Savings Bank; Edward M. Posner, Esq. for the Philadelphia Savings Fund Society; Arthur H. Blitz, Esq. for United Savings Association; Vincent A. Sikora, Esq. for Valley Federal S&L Assn.; Kurt A. Horton, Esq. for Silverado Banking, S&L Assn.; Lois J. Lipton, Esq. for American Savings Bank; Jerome A. Hromadnik, Jr., Esq. for Atlantic Federal S&L Assn.; Ronald L. Cheney, Esq. for The Boston Five Cents Savings Bank FSB; Carl L. Bucki, Esq. for Empire of America, FSB; Edward C. Stokes, III, Esq. for Shadow Lawn S&L Assn.; Harold Abrahamson, Esq. for American S&L Assn. (rew) |
| 85/12/26 | 3 | RESPONSE/MEMORANDUM -- UNITED GUARANTY RESIDENTIAL INSURANCE CO. (to pldg. #1) -- w/cert. of svc. (rew) |
| 85/12/26 | 4 | RESPONSE/MEMORANDUM -- COMMONSEALTH MORTGAGE ASSURANCE CO. -- (to pldg. #1) w/cert. svc. (rew) |
| 85/12/26 | 5 | JOINDER IN MOTION OF FIRST NATIONAL BANK OF MARYLAND (Pldg. #1) -- Philadelphia Saving Fund Society -- w/cert. of svc. |
| 85/12/26 | 6 | JOINDER IN MOTION OF FIRST NATIONAL BANK OF MARYLAND (Pldg. #1) -- Empire of America, F.S.B. w/cert. of svc. (rew) |
| 85/12/26 | 7 | JOINDER IN MOTION OF FIRST NATIONAL BANK OF MARYLAND (Pldg. #1) -- Boston Five Cents Savings Bank FSB -- w/cert. of svc. (rew) |

JPML FORM 1A  p. 2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 680 -- In re Epic Mortgage Coverage Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/12/26 | 8 | JOINDER IN MOTION OF FIRST NATIONAL BANK OF MARYLAND (Pldg. #1) -- Silverado Banking, Savings and Loan Association -- w/cert. of svc. (rew) |
| 85/12/26 | 9 | JOINDER IN MOTION OF FIRST NATIONAL BANK OF MARYLAND (Pldg. #1) -- Atlantic Federal Savings and Loan Association -- w/cert. of svc. (rew) |
| 85/12/26 | 10 | JOINDER IN MOTION OF FIRST NATIONAL BANK OF MARYLAND (Pldg. #1) -- Home Federal Savings and Loan Association of Xenia, Ohio -- w/cert. of svc. (rew) |
| 86/01/02 | 11 | JOINDER IN MOTION OF FIRST NATIONAL BANK OF MARYLAND (Pldg. #1) -- South Boston Savings Bank of VA -- w/cert. of svc. (paa) |
| 86/01/02 | 12 | JOINDER IN MOTION OF FIRST NATIONAL BANK OF MARYLAND (Pldg. #1) -- United Savings Association -- w/cert. svc. (paa) |
| 86/01/03 | 13 | JOINDER IN MOTION OF FIRST NATIONAL BANK OF MARYLAND (Pldg. #1) -- Valley Federal Savings & Loan Association -- w/cert. svc. (paa) |
| 86/01/03 | 14 | JOINDER IN MOTION OF FIRST NATIONAL BANK OF MARYLAND (Pldg. #1) -- deft. Guaranty Federal Savings & Loan Association -- w/cert. of service (cds) |
| 86/01/06 | 15 | JOINDER IN MOTION OF FIRST NATIONAL BANK OF MARYLAND (Pldg. #1) -- deft. Virginia First Savings F.S.B. -- w/cert. of service (cds) |
| 86/01/06 | 16 | JOINDER IN MOTION OF FIRST NATIONAL BANK OF MARYLAND (Pldg. #1) -- deft. Continental Federal Savings Bank -- w/cert. of service (cds) |
| 86/01/10 | 17 | JOINDER IN MOTION OF FIRST NATIONAL BANK OF MARYLAND -- (to pldg. #1) Dominion Federal Savings & Loan Association -- w/cert. of scv. (rh) |
| 86/01/10 | 18 | JOINDER IN MOTION OF FIRST NATIONAL BANK OF MARYLAND -- (to pldg. #1) American Savings & Loan Association -- w/cert. of svc. (rh) |
| 86/01/14 | 19 | MOTION, BRIEF, SCHEDULE, CERT. OF SVC. -- Also Response to Pldg. #1 -- Maryland Deposit Insurance Fund Corp Community Savings & Loan Assn. and Epic Mortgage, Inc. for transfer of actions (A-1 thru A-6) Suggested Transferee District -- District of Maryland. (rew) |
| 85/01/15 | 20 | RESPONSE -- (TO PLDG. #1) w/Exhibits A, B and Cert. of Svc. -- U.S. Mortgage Insurance Co. (rew) |
| 86/01/23 | 21 | AMENDED JOINDER (re First National Bank of Maryland's Memorandum in Support of its motion) -- American Savings & Loan Association -- w/cert. of service (cds) |
| 86/01/27 | 22 | REQUEST FOR EXTENSION OF TIME FOR FILING RESPONSE (to pldg. #19) -- First National Bank of Maryland -- GRANTED TO AND INCLUDING FEBRUARY 3, 1986 (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 680 -- In re Epic Mortgage Coverage Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/01/29 | 23 | RESPONSE (to Pldg. #19) -- pltf. United Guaranty residential Insurance Co. of Iowa -- w. cert. of service (cds) |
| 86/01/29 | 24 | RESPONSE (to Pldg. #19) -- Commonwealth Mortgage Assurance Co. -- w/Exhibits A and B and cert. of service (cds) |
| 86/01/30 | 25 | RESPONSE -- (to pldg. #19) Dominion Federal Savings & Loan Association -- w/cert. of svc. (rh) |
| 86/01/31 | 26 | REQUEST FOR EXTENSION OF TIME -- Foremost Mortage Guaranty Corp. -- Extension granted to Foremost to and including 2/3/86 -- notified involved counsel. (tmq) |
| 86/02/03 | 27 | RESPONSE -- (to pldg. #1) Foremost Guaranty Corp. -- w/cert. of svc. (rh) |
| 86/02/03 | 28 | MEMORANDUM -- (to pldg. #19) First National Bank of Maryland -- w/cert. of svc. (rh) |
| 86/02/04 | 29 | RESPONSE -- (to pldg. #19) U.S. Mortgage Insurance Co. -- w/cert. of svc. (rh) |
| 86/02/20 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 27, 1986, in San Francisco, CA (rh) |
| 86/03/11 | 30 | SUPPLEMENTAL MEMORANDUM OF THE FIRST NATIONAL BANK OF MARYLAND, TRUSTEE, BASED UPON VENUE-RELATED DISCOVERY -- w/exhibits A, B, Transcript of Hearing and certificate of service. (paa) |
| 86/03/13 | 31 | SUPPLEMENTAL MEMORANDUM -- UNITED GUARANTY -- w/attachment and cert. of svc. (paa) |
| 86/03/21 | 32 | SUPPLEMENTAL MEMORANDUM OF U.S. MORTGAGE INSURANCE COMPANY -- w/Exhibits and certificate of service. (paa) |
| 86/03/26 | | APPEARANCES FOR HEARING -- San Francisco, California on March 27, 1986 -- Warren L. Dennis for The First National Bank of Maryland; Alexander E. Bennett, Esq. for Maryland Deposit Insurance Fund Corporation; Richard L. Gray for United Guaranty Residential Insurance Company of Iowa; Thomas A. Allen, Esq. for U. S. Mortage Insurance Company; Warren Dennis, Esq. for South Boston Savings Bank; Paul C. Madden, Esq. for Commonwealth Mortagage Assurance Company. |
| 86/03/26 | | WAIVERS FOR ORAL ARGUMENT ON MARCH 27, 1986 -- San Francisco, California J. Fred Wood, Jr., Esq. for Guaranty Federal Savings |

(continued)

680        IN RE EPIC MORTGAGE COVERAGE LITIGATION

| | |
|---|---|
| 86/03/26 | & Loan Association; None for Continental Federal Sabings Bank Virginia First Savings, F.S.B.; Jerome A. Hromadnik, Jr. for Atlantic Federal Savings and Loan Association; Edward M. Pooner for The Philadelphia Saving Fund Society; American Savings Bank; Harold Abrahamson, Esq. for American Savings & Loan Association; Foremost Guaranty Corporation; Edward C. Stokes for Shadow Lawn Savings and Loan Association; William L. Stauffer, Jr., Esq. for Dominion Federal Savings and Loan Association; Arthur H. Blitz, Esq. for United Savings Association; Mark D. Gately for Potomac Savings & Loan Association; Vincent A. Sikora, Esq. for Valley Federal Savings & Loan Association; ~~for~~ Kurt A. Horton for Silverado Banking, Savings and Loan Association. |
| 86/04/11 | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to E.D. Virginia to the Hon. Claude M. Hilton for pretrial proceedings (rh) |
| 86/04/11 | TRANSFER ORDER -- Transferring A-1 thru A-6 to the E.D. Virginia pursuant to 28 U.S.C. §1407 -- Notified involved counsel, judges, clerks, misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 680 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Epic Mortgage Coverage Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| March 27, 1986 | April 11, 1986 | To | Unpublished | E.D. Virginia *422* | Hon. Claude M. Hilton | |

Special Transferee Information

*Alexandria*
*Deputy: Maria G. Hewitt*

DATE CLOSED: 7/28/88

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 680 -- In re Epic Mortgage Coverage Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | United Guaranty Residential Insurance Co. of Iowa v. Epic Mortgage, Inc., et al. | N.C.,M. Ward | C-85-1042-G | 4-11-86 | 86-0433A | 7/28/88D | |
| A-2 | U.S. Mortgage Insurance Co. v. Epic Mortgage, Inc., et al. | Pa.,E. O'Neill | 85-6616 | 4-11-86 | 86-0460A | 1/14/88 | |
| A-3 | Commonwealth Mortgage Assurance Co. v. Epic Mortgage, Inc., et al. | Pa.,E. Giles | 85-06866 | 4-11-86 | 86-0461A | 7/28/88D | |
| A-4 | Foremost Guaranty Corp. v. Epic Mortgage, Inc., et al. | Va.,E. ~~Bryan~~ HILTON | 85-1298-A | NTN | | 7/28/88D | |
| A-5 | The First National Bank of Maryland v. Foremost Guaranty Corp. | Va.,E. ~~Bryan~~ HILTON | 85-1321-A | NTN | | 7/28/88D | |
| A-6 | Epic Mortgage, Inc. v. Commonwealth Mortgage Assurance Co., et al. | Md. Ramsey | R-86-97 | 4-11-86 | 86-0529A | 7/28/88D | |

July 1986 - 4 TR; 2 XY2; 6 Pdg
July 1987 - Same
July 1988 - 1 Dis/ 5 Pending
July 1989 - 5 Dis/ Litigation Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 680 -- In re Epic Mortgage Insurance Coverage Litigation

| Liaison Counsel | |
|---|---|
| LIAISON COUNSEL FOR INSURERS (Plaintiffs)<br>Robert E. Payne, Esquire<br>McGuire, Woods & Battle<br>One James Center<br>Richmond, VA 23214 | LIAISON COUNSEL FOR INSTITUTIONS (Defendants)<br>Warren L. Dennis, Esquire<br>Ballard, Spahr, Andrews & Ingersoll<br>Suite 1100<br>1850 K Street, N.W.<br>Washington, D. C. 20006 |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 680 -- In re Epic Mortgage Insurance Coverage Litigation

UNITED GUARANTY RESIDENTIAL
INSURANCE COMPANY OF IOWA A-1)
Edward C. Winslow, III, Esquire
Brooks, Pierce, McLendon,
  Humphrey & Leonard
Suite 1400 Wachovia Building
P.O. Drawer U
Greensboro, NC  27402

U.S. MORTGAGE INSURANCE CO. A-2)
Thomas A. Allen, Esquire
White & Williams
1234 Market Street, 16th Floor
Philadelphia, PA  19107

COMMONWEALTH MORTGAGE ASSURANCE
  COMPANY (A-3)
Paul C. Madden, Esquire
Rawle & Henderson
211 South Broad Street
Philadelphia, PA  19107

FOREMOST GUARANTY CORP. (A-4)
(pltf/deft.)
Irving P. Margulies, Esquire
Weiner, McCaffrey, Brodsky
  & Kaplan, P.C.
1350 New York Avenue, N.W.
Suite 800
Washington, DC  20005-4797

THE FIRST NATIONAL BANK
  OF MARYLAND   (A-5)
Warren L. Dennis, Esquire
Ballard, Spahr, Andrews
  & Ingersoll
1850 K St., N.W., Ste. 1100
Washington, D.C.  20006

(A-6)
MARYLAND DEPOSIT INSURANCE FUND CORP.
COMMUNITY SAVINGS & LOAN, INC.
EPIC MORTGAGE, INC.
Alexander E. Bennett, Esquire
Arnold & Porter
1200 New Hampshire Ave., N.W.
Washington, DC  20036

DOMINION FEDERAL SAVINGS
  AND LOAN ASSOCIATION
William L. Stauffer, Jr., Esquire
Frank, Bernstein, Conaway &
  Goldman
Suite 1150, 8300 Greensboro Dr.
McLean, VA  22102

HOME FEDERAL SAVINGS AND LOAN
ASSOCIATION OF XENIA, OHIO,
SUCCESSOR TO UNITY AND BUILDING
  COMPANY
Peter D. Stephan, Esquire
McCallister, Gibney & Stehan
1228 N. Monroe Dr.
Xenia, OH  45385

POTOMAC SAVINGS BANK, F.S.B.
Mark D. Gately, Esquire
Miles & Stockbridge
10 Light Street
Baltimore, MD  21202

SOUTH BOSTON SAVINGS BANK
George W. Miller, Esquire
Hogan & Hartson
815 Connecticut Ave., N.W.
Washington, DC  20006

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 680 -- In re Epic Mortgage Insurance Coverage Litigation

---

THE PHILADELPHIA SAVINGS
  FUND SOCIETY
Edward N. Posner, Esquire
Drinker, Biddle & Reath
1100 Philadelphia National
  Bank Bldg.
Philaelphia, PA  19107

UNITED SAVINGS ASSOCIATION
Arthur H. Blitz, Esquire
Goldstein, Blitz & Rosenberg, P.A.
Suite 400 - North
7315 Wisconsin Ave.
Bethesda, MD  20814

VALLEY FEDERAL SAVINGS *dismissed*
  & LOAN ASSOCIATION
Vincent A. Sikora, Esquire
Richard W. Pectol & Associates, P.C.
202 East Unaka Avenue
Johnson City, TN  37601

SILVERADO BANKING, SAVINGS
  & LOAN ASSOCIATION
Kurt A. Horton, Esquire
Silverado Banking,
Savings and Loan Association
3900 East Mexico Avenue
Denver, CO  80210

ADVEST BANK (No App. Rec'd)
Mr. John F. Beckert, President
Advest Bank
33 Lewis Street
Hartford, CT  06103

AMERICAN SAVINGS BANK
Lois J. Lipton, Esquire
McDermott, Will & Emery
111 West Monroe Street
Chicago, Illinois  60603

ATLANTIC FEDERAL SAVINGS
  & LOAN ASSOCIATION
Jerome Hromadnik Jr., Esquire
Atlantic Federal Savings & Loan
3305 Belair Road
Baltimore, MD  21213

  AURORA FEDERAL SAVINGS &
    LOAN ASSOCIATION
  Mr. Alan H. Schuler
  Aurora Federal Savings & Loan
      Association
  101 North Lake Street
  Aurora, Illinois  60507-0911

BALTIMORE FEDERAL FINANCIAL
Nando DiFillipo (No App. Rec'd)
Baltimore Federal Financial
300 E. Lombard Street
Baltimore, MD  21202

BOSTON FIVE CENTS
  SAVINGS BANK
Ronald L. Cheney, Esquire
Harrison & Maguire, P.C.
24 School Street, 7th Floor
Boston, MA  02180

EMPIRE OF AMERICA, F.S.B.
Carl L. Bucki, Esquire
Moot & Sprague
2300 Main Place Tower
Buffalo, NY  14202-3786

JPML FORM 2A -- Continuation

Counsel of Record -- p. 3

DOCKET NO. 680 -- In re Epic Mortgage Insurance Coverage Litigation

| | |
|---|---|
| GUARANTY FEDERAL SAVINGS & LOAN ASSOCIATION<br>J. Fred Wood, Jr., Esquire<br>Dominick, Fletcher, Yeilding, Wood & Lloyd, P.A.<br>P.O. Box 1387<br>Birmingham, Al 35201<br><br>SHADOW LAWN SAVINGS & LOAN ASSOCIATION<br>Edward C. Stokes, II, Esquire<br>Stokes & Thorckmorton<br>545 Bath Avenue<br>P.O. Box 4087<br>Long Branch, NJ 07740<br><br>AMERICAN SAVINGS & LOAN ASSOCIATION<br>Harold Abrahamson, Esquire<br>Abrahamson, Reed & Adley<br>5231 Hohman Avenue<br>Hammond, IN 46320<br><br>VIRGINIA FIRST SAVINGS F.S.B<br>CONTINENTAL FEDERAL SAVINGS BANK<br>Hugh C. Cregger, Jr., Esquire<br>Cregger & Cregger, P.C.<br>6824 Elm St., P.O. Box 459<br>McLean, VA 22101 | ~~FEDERAL NATIONAL MORTGAGE ASSN.~~ Removed per<br>~~W. Daniel Sullivan, Esq.~~ request of adse<br>~~Melrod, Redman & Gartlan~~<br>~~Suite 1100~~<br>~~Washington, D.C. 20006~~<br><br>FIRST FEDERAL S&L OF HOPKINSVILLE, KY<br>1101 South Main Street<br>Hopkinsville, KY 42240<br><br>MAXIMUM S&L ASSOCIATION<br>5530 Wisconsin Avenue<br>Suite 1250<br>Chevy Chase, MD 20815 |

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 680 -- In re Epic Mortgage Insurance Coverage Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Epic Mortgage, Inc. | |
| Community Savings and Loan, Inc. | |
| Dominion Federal Savings and Loan Association | |
| First National Bank of Maryland | |
| Continental Federal Savings Bank | |
| American Savings and Loan Association | A-6 |
| Advest Bank | A-6 |
| Atlantic Federal Savings and Loan Association | |
| Aurora Federal Savings and Loan Association | |
| Baltimore Federal Financial | |
| Boston Five Cents Savings Bank | |

| | |
|---|---|
| Empire of America, FSB | A - A-6 |
| Guaranty Federal Savings & Loan ASsociation | A - A-6 |
| Shadow Lawn Savings & Loan ASsociation | A - A-6 |
| Silverado Banking | A - A-6 |
| South Boston Savings Bank ✓ | A - A-6 |
| Johnson Mortgage Services Inc. *or Unity Loan & Bldg Co.* | A - A-6 |
| United Savings Association ✓ | A - |
| Valley Federal Savings & Loan Association ✓ | (A -) |
| Virginia First Federal Savings & Loan Association | A - |
| Foremost Guaranty Corp. *self deft.* | A - |
| | |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 680 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| First Federal Savings & Loan Association | A-6 |
| Potomac Savings Bank ✓ *Potomac S & L* | A-6 |
| Federal National Mortgage Association | A-3 |
| Philadelphia Savings Fund Society ✓ | A-4 |
| *Home Fed S & L,* Unity Loan and Building Co. *(successor to Unity)* ✓ | A-4 A-6 |
| *Commonwealth Mortgage Assurance Co. (deft A-3)* | A-6 |
| *First National Bank of Maryland (deft A-5)* | A-6 |
| *Maximum Savings & Loan Assn* | A-6 |
| *First Federal S & L of Hopkinsville, Ky.* | A-6 A-3 |
| *First Federal S & L Of Northern VA.* | ~~A-6~~ |
| *First Federal Mortgage Assn* | A-6 |

p. _____

| | |
|---|---|
| First Federal S&L of Hopkinsville Ky | D-6 |
| Maximum S&L Assn | D-6 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |